ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED-USDC-NDTX-DA
'26 NOV 18 PM2:14
JJF

UNITED STATES OF AMERICA

v.

IONUT IAMANDITA (01)

No. 4:26-cr-431-O

## INDICTMENT

The Grand Jury Charges:

At all times material to this superseding indictment:

Count One
Conspiracy to Commit Wire Fraud
(Violation 18 U.S.C. § 1349 (18 U.S.C. § 1343))

*The Supplemental Nutrition Assistance Program (SNAP) Information*

1. The Supplemental Nutrition Assistance Program ("SNAP"), formerly known as the Food Stamp Program, is a federal benefit program intended to assist low-income people and families purchase food. In the 1990s, states across the United States began converting from a traditional paper food stamp coupon system to what is known as an EBT card. EBT cards, like debit and credit cards, are used by swiping the card through a point-of-sale ("POS") device.

2. For a store to participate in SNAP, a store owner must apply to the United States Department of Agriculture (USDA) Food and Nutrition Service ("FNS," the division of the USDA that administers the SNAP program).

Stores that are approved by the USDA to participate in the SNAP program are issued a SNAP authorization card and an FNS number.

3. To access the electronic funds from a beneficiary's EBT card, FNS provides authorized vendors with a POS that debits the beneficiary's EBT card for the cash value of the eligible items purchased. Stores are then periodically reimbursed for the redemptions via an electronic funds transfer directly into their designated bank account.

4. Individuals and/or families meeting the income requirements to receive SNAP benefits are assigned a unique household number. The household receives a deposit to their EBT card based on their income, family size, and other factors.

5. Information from a debit or credit card, including EBT cards, can be stolen through a process known as "skimming." Skimming occurs when devices illegally installed on POS terminals capture data and/or record cardholders' Personal Identification Numbers ("PINs"). Someone obtaining skimmed data can program the stolen data onto any card with a magnetic strip and then use the fraudulent card as if it were the real card. From in or about January 2022, and continuing until in or about May 2023, defendant **Ionut Iamandita** and Coconspirators and others, did knowingly and willfully combine, conspire, confederate and agree with each other to engage in a scheme to defraud victims and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises with the intent to defraud those victims and, for the purpose of executing the scheme and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce between Texas and Wisconsin, through EBT

transactions using SNAP debit card account number at POS locations in the Northern District of Texas, in violation of 18 U.S.C. § 1343.

The Object of the Conspiracy

6. The object of the conspiracy was for defendant **Ionut Iamandita** (the "defendant"), the Coconspirators, and others known and unknown to the grand jury, by and through Saybah's African Market, Afro Mart, and Leelah African Store, (collectively known as "African Stores"), to provide stolen SNAP debit card account numbers to the Coconspirators and then drain the account balances through EBTs by conducting transactions at SNAP-approved POS devices located in the African Stores.

Manner and Means of the Conspiracy and the Scheme to Defraud

7. It was part of the conspiracy and scheme to defraud, that from on or about January 2022, and continuing until in or about May 2023, the defendant provided fraudulent obtained SNAP EBT data from over 2,000 victims from all over the United States to Conspirators to use at SNAP-approved POS terminals in their African stores. In so doing, the defendant and conspirators falsely represented that actual SNAP beneficiaries were using their SNAP benefits to purchase approved grocery items. In fact, the beneficiaries were not present in the stores at the time of the transactions, no groceries were purchased, and the Coconspirators conducted the transactions by swiping the fraudulently obtained benefit cards, one after the other, with no actual customer transactions.

8. It was part of the conspiracy and scheme to defraud, that each of the fraudulent swipes at the African Stores' POS terminals initiated an interstate wire transaction from the Northern District of Texas to the USDA through Wisconsin. In turn, the defendant and Coconspirators caused additional interstate wires when the USDA deposited EBT funds into the Coconspirators' bank accounts located in the Northern District of Texas. The Coconspirators would then make cash withdrawals of the SNAP funds from their bank accounts and provide a portion of the funds in form of cash to the defendant.

9. It was part of the conspiracy and scheme to defraud, that Defendant **Ionut Iamandita**, provided stolen EBT data in the form of reprogrammed cards in batches to the Coconspirators at the African stores or prearranged locations. After acquiring the reprogrammed debit cards, the Coconspirators would swipe the debit cards at the SNAP-authorized POS terminal in their African Stores.

10. It was part of the conspiracy and scheme to defraud, that from at least January 26, 2022, through June 9, 2023, the Coconspirators, using the African Stores, received at least $2,602,952.93 in EBT payments using stolen SNAP account numbers.

11. The breakdown for each individual store is highlighted in the below table:

| Total EBT Redemptions (1/26/2022 to 6/9/2023) | |
|---|---|
| Store Name | Total EBT Redemptions |
| Afro Mart | $994,314.82 |
| Leelah African Store | $1,081,906.68 |
| Saybah's African Market | $526,731.43 |
| TOTAL | $2,602,952.93 |

12. It was part of the conspiracy and scheme to defraud, that after the fraudulent swipes at the African Stores' POS terminals occurred, they caused interstate wire transactions that would deposit EBT funds into bank accounts controlled by the Coconspirators. The Coconspirators would then make cash withdrawals of the funds, which would then be split amongst the Coconspirators and the defendant. The purchases generating the EBTs were not authorized by the actual SNAP card holders and were not for purchases of groceries.

13. It was part of the conspiracy and scheme to defraud, that from from January 1, 2022, to May 10, 2023, the named African Stores shared victim debit cards. The EBT swipe history shows multiple instances in which the same victim's SNAP benefits were used at different African Stores owned and operated by the Coconspirators. It also shows that the named African Stores swiped SNAP benefits from victims on a particular day or series of days, most often those victims who resided within a few miles of one another and shared a common purchase location in their state of residence.

14. It was part of the conspiracy and scheme to defraud, that during the initial periods of fraudulent EBT activity at each of the African Stores, a swipe of $0.01 preceded a larger swipe that expended the remaining balance of a victim's SNAP benefits. The table below depicts an example of this type of activity at Afro Mart on July 25, 2022:

| EBT Swipes – 7/25/2022 – 6:28 PM to 6:40 PM<br>Afro Mart | | | | |
|---|---|---|---|---|
| Victim Identifier | Balance Prior to Swipe | Swipe Amount | Time of Swipe (HH:MM:SS) | Balance After Swipe |
| CA1 | $228.27 | $0.01 | 06:28:01 PM | $228.26 |
| CA1 | $228.26 | $220.00 | 06:29:07 PM | $8.26 |
| MD1 | $705.51 | $0.01 | 06:30:35 PM | $705.50 |
| MD1 | $705.50 | $700.75 | 06:32:43 PM | $4.75 |
| MD2 | $351.14 | $0.01 | 06:35:47 PM | $351.13 |
| MD2 | $351.13 | $340.25 | 06:40:29 PM | $10.88 |

*WhatsApp Messages*

15. It was part of the conspiracy and scheme to defraud, that the defendant and Coconspirators communicated via WhatApp during the relevant time period to discuss the logistics of the defendant's delivery of the fraudulent EBT cards, the amount of money to be split amongst them, and what personal items they plan to buy with the fraudulent funds. For example, on or about May 2, 2023, one coconspirator sent the defendant two WhatsApp messages containing an image of the fraudulent EBT cards she

swiped at her store and an image of a calculator showing "26,163," which is the total amount she obtained from the fraudulent EBT cards. The defendant replied "Ok mama thank you." On or about May 5, 2023, the defendant asked the same coconspirator, "What time [stet] you give me money?" The coconspirator replied, "12."

16. It was part of the conspiracy and scheme to defraud, that the in another WhatsApp exchange between a different coconspirator and the defendant, on or about June 22, 2022, the defendant said, "I have a card with 5k on it…What can we do?" On or about July 24, 2022, the defendant said, "In 5 days you can take a good g wagon…With ebt money." On or about May 5, 2023, the coconspirator and the defendant exchanged WhatsApp messages regarding the potential for getting caught for the SNAP fraud. The coconspirator asked the defendant, "So how/why do other people go to jail in California bro?" The defendant replied, "They go to jail because they have proof."

17. It was part of the conspiracy and scheme to defraud, that in or about at least July 2026, the defendant used multiple WhatsApp phone numbers, using the alias of "Magic." In one WhatsApp exchange, however, a coconspirator assists the defendant in the creation of a fraudulent Iowa Driver's License (DL). On or about July 26, 2022, the defendant sent the coconspirator a picture of the defendant's face to be used for the DL.

All in violation of 18 U.S.C. § 1349.

A TRUE BILL.

______________________________
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

______________________________
MARK MCDONALD
Assistant United States Attorney
Virginia Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone: 817-252-5272
Email: mark.mcdonald3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

IONUT IAMANDITA (01)

---

INDICTMENT

18 U.S.C. § 1349 (18 U.S.C. § 1343)
Conspiracy to Commit Wire Fraud
Count 1

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 18th day of November 2026.

---

**Defendant in Federal custody – District of New Jersey**

---

UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter 4:24-mj-00549-BJ